IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACEY RENEIGH GOETZ | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security | :<br><br>: | <br><br>NO. 14-901 |

## O R D E R

AND NOW, this 2nd day of April, 2015, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski and upon independent review of the briefs filed by the parties, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's request for review is GRANTED; and

3. This matter is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

                                                    *s/Thomas N. O'Neill, Jr.*
                                              THOMAS N. O'NEILL, JR.,     J.